Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
LINDA ACEVES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ACEVES,<br><br>              Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>              Defendant. | No.  1:14-CV-01907 (SMS)<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO SERVE CONFIDENTIAL LETTER BRIEF** |

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Plaintiff shall have a second extension of time of thirty (30)

days to serve her confidential letter brief. Counsel for Plaintiff respectfully requests this

additional time due to a heavy workload despite due diligence, in conjunction with selling and

moving a primary residence of nineteen years.  The new date for Plaintiff's confidential letter

brief shall be on or before August 5, 2015.

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE

1                                                   Respectfully submitted,

2    Date: *July 6, 2015*                           NEWEL LAW

3

4                                      By:    /s/ Melissa Newel
                                              Melissa Newel
5                                             Attorney for Plaintiff
                                              LINDA ACEVES
6

7    Date: *July 6, 2015*                           BENJAMIN B. WAGNER
                                                    United States Attorney
8

9                                      By:    /s/ Sharon Lahey*
                                              Sharon Lahey
10                                            *By email authorization on July 6, 2015*
                                              Special Assistant United States Attorney
11                                            Attorneys for Defendant

12                                        **ORDER**

13
            Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY
14
     ORDERED, that Plaintiff shall have an extension of time, up to and including August 5, 2015, in
15
     which to serve her confidential letter brief.  All other deadlines set forth in the Scheduling Order
16
     are modified accordingly.
17

18
     APPROVED AND SO ORDERED.
19

20
     Dated: 7/7/2015                   /s/ SANDRA M. SNYDER
21                                     UNITED STATES MAGISTRATE JUDGE

22

23          .

24

25

26

27

28

                   STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE